**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ARILEX TROPICANA ASSOCIATES, LLC, a Nevada limited-liability company,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation,<br><br>  Defendant(s). | 2:22-cv-00344-JCM-VCF<br>**<u>ORDER</u>** |

Before the court is *Arilex Tropicana Associates, LLC v. Walmart Inc.*, case number 2:22-cv-00344-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before May 12, 2022.

DATED this 28th day of April, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE