Rory T. Kay (NSBN 12416)
Jane Susskind (NSBN 15099)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendant/
Counterclaimant Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARILEX TROPICANA ASSOCIATES, LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware corporation,<br><br>Defendant. | Case No.:   2:22-cv-00344-JCM-VCF<br><br>**ORDER TO VACATE HEARING SCHEDULED FOR OCTOBER 21, 2022 AT 11:00AM** |
| WALMART INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>ARILEX TROPICANA ASSOCIATES, LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

Defendant/Counterclaimant Walmart Inc. ("Walmart") and Plaintiff/Counterdefendant Arilex Tropicana Associates, LLC ("Arilex") (collectively, the "Parties") hereby stipulate and agree as follows:

1. The Parties have been engaging in productive settlement discussions and have agreed in principle to a settlement agreement ("Settlement Agreement").

2. While the Parties have not yet executed a final Settlement Agreement, they are in the process of cooperating to formalize such agreement.

3. A material term of the Settlement Agreement is the dismissal of this action in its entirety.

4. Accordingly, the Parties respectfully request that the hearing on Walmart Inc.'s Motion for Leave to Supplement Counterclaim, scheduled to be held on October 21, 2022 before Judge Cam Ferenbach at 11:00 a.m., be VACATED

IT IS SO STIPULATED.

DATED this 21st day of October, 2022.

| | |
|---|---|
| BACKUS, CARRANZA & BURDEN | McDONALD CARANO LLP |
| By: /s/ Shea M. Backus<br>Shea M. Backus, Esq. (NSB 8361)<br>Jessica E. Brown, Esq. (NSB 14487)<br>3050 South Durango Drive<br>Las Vegas, Nevada 89117<br>sheabackus@backuslaw.com<br><br>*Attorneys Arilex Tropicana Assoc., LLC* | By: /s/ Rory T. Kay<br>Rory T. Kay, Esq. (NSB 12416)<br>Jane Susskind, Esq. (NSB 15099)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com<br><br>*Attorneys for Walmart Inc.* |

IT IS ORDERED that a status conference regarding settlement is scheduled for February 17, 2023 at 10:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2022