# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ARILEX TROPICANA ASSOCIATES, LLC,

                Plaintiff,

vs.

WALMART INC.,

                Defendant.

Case No. 2:22-cv-00344-JCM-VCF

**Order**

Motion for Leave to Supplement Counterclaim (ECF No. 22)

Walmart Inc. filed a motion for leave to supplement its counterclaim. ECF No. 22. The parties filed a stipulation that states that they have reached a settlement agreement and are in the process of formalizing the agreement, which will lead to dismissal of this case. ECF No. 29.

ACCORDINGLY,

I ORDER THAT the motion for leave to supplement (ECF No. 22).is DENIED WITHOUT PREJUDICE, with leave to refile, if needed.

I FURTHER ORDER that all remaining discovery deadlines (ECF No. 21) are VACATED until further order of the Court.

IT IS SO ORDERED.

DATED this 21st day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE