Rory T. Kay (NSBN 12416)
Jane Susskind (NSBN 15099)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Defendant/
Counterclaimant Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARILEX TROPICANA ASSOCIATES, LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware corporation,<br><br>Defendant. | Case No.:   2:22-cv-00344-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |
| WALMART INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>ARILEX TROPICANA ASSOCIATES, LLC, a Nevada limited-liability company,<br><br>Counterdefendant. | |

Defendant/Counterclaimant Walmart Inc. ("Walmart") and Plaintiff/Counterdefendant Arilex Tropicana Associates, LLC ("Arilex") (collectively, the "Parties") stipulate, request, and jointly move the Court to dismiss this case in its entirety with prejudice, with each party to bear its own attorney's fees and cost.

///

///

///

Consistent with the foregoing, the Parties respectfully request that the Court enter an order dismissing this action with prejudice with each party to bear its own attorney fees and costs.

DATED this 30th day of November, 2022.

| BACKUS & BURDEN | McDONALD CARANO LLP |
|---|---|
| By: */s/ Shea M. Backus*<br>    Shea M. Backus, Esq. (NSBN 8361)<br>    3050 South Durango Drive<br>    Las Vegas, Nevada 89117<br>    sheabackus@backuslaw.com<br><br>    *Attorneys Arilex Tropicana Assoc., LLC* | By: */s/ Rory T. Kay*<br>    Rory T. Kay, Esq. (NSBN 12416)<br>    Jane Susskind, Esq. (NSBN 15099)<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br>    rkay@mcdonaldcarano.com<br>    jsusskind@mcdonaldcarano.com<br><br>    *Attorneys for Walmart Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 5, 2022